UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:22-CR-12-1M(4)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| MONTANNA B. GORE ) | |
| a/k/a "Max Gore" ) | |
| ) | |

The Grand Jury charges that:

## INTRODUCTION

At times relevant to the Indictment:

1. Defendant MONTANNA B. GORE ("GORE"), also known as "Max Gore," was a resident of Fayetteville, Raleigh, and Garner, North Carolina, all within the Eastern District of North Carolina.

2. From at least 2013 through 2018, GORE provided tax return preparation services from his cell phone store in Fayetteville, North Carolina, within the Eastern District of North Carolina. GORE charged clients as much as $959 to prepare each tax return.

3. GORE prepared false tax returns for clients that fraudulently claimed education credits and Schedules C in order to fraudulently increase the client tax refund.

## COUNTS ONE THROUGH TWENTY-FOUR

4. The factual allegations contained in paragraphs 1 through 3 of this Indictment are realleged and incorporated herein as if copied verbatim.

5. On or about the dates set forth below, in the Eastern District of North Carolina, MONTANNA B. GORE willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service ("IRS") of U.S. Individual Income Tax Returns, IRS Forms 1040 and Forms 1040A, as indicated below, for the clients and tax years set forth below. As GORE well knew and believed, the tax returns were false and fraudulent as to material matters, including but not limited to the false items described below:

| COUNT | CLIENT | TAX YEAR | FORM FILED | APPROXIMATE FILING DATE | FALSE ITEM(S) |
|---|---|---|---|---|---|
| 1 | T.C. | 2015 | 1040 | 1/30/2016 | (a) Line 12 (Business Income or Loss)<br>(b) Schedule C, Profit or Loss from Business<br>(c) Line 68 (American Opportunity Credit) |
| 2 | T.C. | 2016 | 1040 | 1/24/2017 | (a) Line 12 (Business Income or Loss)<br>(b) Schedule C, Profit or Loss from Business<br>(c) Line 68 (American Opportunity Credit) |
| 3 | T.C. | 2017 | 1040 | 1/22/2018 | (a) Line 12 (Business Income or Loss)<br>(b) Schedule C, Profit or Loss from Business |

| COUNT | CLIENT | TAX YEAR | FORM FILED | APPROXIMATE FILING DATE | FALSE ITEM(S) |
|---|---|---|---|---|---|
| 4 | B.L. | 2015 | 1040A | 3/01/2016 | (a) Line 33 (Education credit) <br><br> (b) Line 44 (American Opportunity Credit) |
| 5 | B.L. | 2016 | 1040A | 2/15/2017 | (a) Line 33 (Education credit) <br><br> (b) Line 44 (American Opportunity Credit) |
| 6 | D.R. | 2015 | 1040 | 2/04/2016 | (a) Line 12 (Business Income or Loss) <br><br> (b) Schedule C, Profit or Loss from Business <br><br> (c) Line 68 (American Opportunity Credit) |
| 7 | D.R. | 2016 | 1040 | 3/01/2017 | (a) Line 12 (Business Income or Loss) <br><br> (b) Schedule C, Profit or Loss from Business <br><br> (c) Line 68 (American Opportunity Credit) |
| 8 | D.R. | 2017 | 1040 | 2/07/2018 | (a) Line 12 (Business Income or Loss) <br><br> (b) Schedule C, Profit or Loss from Business <br><br> (c) Line 68 (American Opportunity Credit) |
| 9 | T.S. | 2015 | 1040A | 1/27/2016 | (a) Line 44 (American Opportunity Credit) |
| 10 | T.S. | 2016 | 1040A | 2/04/2017 | (a) Line 33 (Education credit) <br><br> (b) Line 44 (American Opportunity Credit) |

| COUNT | CLIENT | TAX YEAR | FORM FILED | APPROXIMATE FILING DATE | FALSE ITEM(S) |
|---|---|---|---|---|---|
| 11 | T.S. | 2017 | 1040A | 2/03/2018 | (a) Line 33 (Education credit) <br><br> (b) Line 44 (American Opportunity Credit) |
| 12 | C.T. | 2016 | 1040A | 2/08/2017 | (a) Line 44 (American Opportunity Credit) |
| 13 | A.J. & B.J. | 2015 | 1040 | 1/19/2016 | (a) Line 68 (American Opportunity Credit) |
| 14 | A.J. & B.J. | 2016 | 1040 | 2/01/2017 | (a) Line 68 (American Opportunity Credit) |
| 15 | A.J. & B.J. | 2017 | 1040 | 2/06/2018 | (a) Line 68 (American Opportunity Credit) |
| 16 | M.H. | 2015 | 1040A | 2/02/2016 | (a) Filing Status <br><br> (b) Line 33 (Education credit) <br><br> (c) Line 44 (American Opportunity Credit) |
| 17 | M.H. | 2016 | 1040 | 2/06/2017 | (a) Filing Status <br><br> (b) Line 12 (Business Income or Loss) <br><br> (c) Schedule C, Profit or Loss from Business <br><br> (d) Line 50 (Education credit) <br><br> (e) Line 68 (American Opportunity Credit) |
| 18 | M.H. | 2017 | 1040A | 2/05/2018 | (a) Filing Status <br><br> (b) Line 33 (Education credit) <br><br> (c) Line 44 (American Opportunity Credit) |

| COUNT | CLIENT | TAX YEAR | FORM FILED | APPROXIMATE FILING DATE | FALSE ITEM(S) |
|---|---|---|---|---|---|
| 19 | D.H. | 2015 | 1040 | 2/02/2016 | (a) Filing Status <br> (b) Line 50 (Education credit) <br> (c) Line 68 (American Opportunity Credit) |
| 20 | D.H. | 2016 | 1040 | 2/06/2017 | (a) Filing Status <br> (b) Line 12 (Business Income or Loss) <br> (c) Schedule C, Profit or Loss from Business <br> (d) Line 50 (Education credit) <br> (e) Line 68 (American Opportunity Credit) |
| 21 | D.H. | 2017 | 1040 | 2/05/2018 | (a) Filing Status <br> (b) Line 12 (Business Income or Loss) <br> (c) Schedule C, Profit or Loss from Business <br> (d) Line 50 (Education credit) <br> (e) Line 68 (American Opportunity Credit) |
| 22 | R.C. | 2015 | 1040 | 4/18/2016 | (a) Line 50 (Education credit) <br> (b) Line 68 (American Opportunity Credit) |
| 23 | R.C. | 2016 | 1040A | 1/30/2017 | (a) Line 33 (Education credit) <br> (b) Line 44 (American Opportunity Credit) |

| COUNT | CLIENT | TAX YEAR | FORM FILED | APPROXIMATE FILING DATE | FALSE ITEM(S) |
|---|---|---|---|---|---|
| 24 | R.C. | 2017 | 1040A | 2/21/2018 | (a) Line 33 (Education credit) <br><br> (b) Line 44 (American Opportunity Credit) |

All in violation of Title 26, United States Code, Section 7206(2).

## COUNTS TWENTY-FIVE AND TWENTY-SIX

6. The factual allegations contained in paragraphs 1 through 3 of this Indictment are realleged and incorporated herein as if copied verbatim.

7. On or about the dates set forth below, in the Eastern District of North Carolina, MONTANNA B. GORE willfully made and subscribed U.S. Individual Income Tax Returns, IRS Forms 1040, for himself for the tax years set forth below, each of which was verified by a written declaration that it was made under the penalties of perjury and which GORE did not believe to be true and correct as to every material matter, which contained the following false items, among others, as set forth below:

| COUNT | APPROXIMATE FILING DATE | TAX YEAR | FALSE ITEM(S) |
|---|---|---|---|
| 25 | 1/27/2016 | 2015 | (a) Line 22 (Total Income) <br><br> (b) Line 68 (American Opportunity Credit) |
| 26 | 4/18/2017 | 2016 | (a) Line 22 (Total Income) <br><br> (b) Line 68 (American Opportunity Credit) |

All in violation of Title 26, United States Code, Section 7206(1).

## COUNT TWENTY-SEVEN

8. The factual allegations contained in paragraphs 1 through 3 of this Indictment are realleged and incorporated herein as if copied verbatim.

9. During the calendar year 2017, MONTANNA B. GORE, a resident of Raleigh, North Carolina, had and received gross income exceeding $10,400. By reason of such gross income, GORE was required by law, following the close of calendar year 2017, and on or before April 17, 2018, to make an income tax return to the IRS, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Knowing and believing all the foregoing, GORE willfully failed, on or about April 17, 2018, in the Eastern District of North Carolina, to make an income tax return.

In violation of Title 26, United States Code, Section 7203.

## COUNT TWENTY-EIGHT

10. The factual allegations contained in paragraphs 1 through 3 of this Indictment are realleged and incorporated herein as if copied verbatim.

11. During the calendar year 2018, MONTANNA B. GORE, a resident of Garner, North Carolina, had and received gross income exceeding $12,000. By reason of such gross income, GORE was required by law, following the close of calendar year 2018, and on or before April 15, 2019, to make an income tax return to the IRS, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Knowing and believing all the foregoing, GORE willfully failed, on or

Case 4:22-cr-00012-M   Document 1   Filed 02/15/22   Page 7 of 8

7

about April 15, 2019, in the Eastern District of North Carolina, to make an income tax return.

In violation of Title 26, United States Code, Section 7203.

A TRUE BILL:
**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

/s/ FOREPERSON

2/15/2022
DATE

MICHAEL F. EASLEY, JR.
United States Attorney

/s/
BY: MITCHELL T. GALLOWAY
Trial Attorney
U.S. Department of Justice, Tax Division

/s/
BY: MICHAEL L. JONES
Trial Attorney
U.S. Department of Justice, Tax Division