IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No.: 4:22-CR-00012-M

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MONTANNA B. GORE a/k/a "Max Gore" ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on the United States' unopposed motion for an order authorizing the disclosure of tax return information pursuant to Section 6103 of the Internal Revenue Code [DE 18]. Section 6103 provides that the government may not disclose tax return information except, among other things, to comply with discovery requirements in criminal tax cases. The United States asserts that the "Defendant is … entitled to discovery that includes a substantial amount of tax return information, including his own tax return information and tax return information for certain of his clients, both pertaining to charged returns and uncharged returns that relate to the total tax loss in the case." Thus, the United States seeks an order permitting it to disclose tax return information to the Defendant and his counsel in compliance with its discovery obligations in this case. *See* 26 U.S.C. § 6103(h)(4)(D) (disclosure is appropriate "to the extent required by order of a court pursuant to section 3500 of title 18, United States Code, or rule 16 of the Federal Rules of Criminal Procedure, such court being authorized in the issuance of such order to give due consideration to congressional policy favoring the confidentiality of returns and return information as set forth in this title.").

The United States' motion is GRANTED. The government may disclose to Defendant Montanna B. Gore and his counsel copies of all federal tax returns and return information in its possession, custody, or control for the purpose of complying with its discovery obligations in this

case.  *See* Fed. R. Crim. P. 16(a)(1)(E).

SO ORDERED this  5th  day of April, 2022.

*/s/ Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2