IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:22-CR-12-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MONTANNA B. GORE a/k/a "Max Gore" | ) | |
| | ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is redesignated as a Western Division case. The Honorable Richard E. Myers II, Chief United States District Judge, will remain the presiding judge. **All future documents should reflect the new case number of 5:22-CR-62-M.** No further filing shall be made in 4:22-CR-12-M.

SO ORDERED. This 6th day of April, 2022.

/s/ Peter A. Moore, Jr.
Clerk of Court